UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(3) DAQUAN COLLINS, aka "Polo" | DOCKET NO. 3:23-cr-00005-RJC-DCK<br><br>**FACTUAL BASIS** |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the defendant's guilty plea filed in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From at least on or about July 1, 2022, and continuing through on or about July 23, 2022, in Mecklenburg County, within the Western District of North Carolina and elsewhere, **(3) Daquan Collins, aka "Polo,"** knowingly and intentionally conspired and agreed with his co-defendants, (1) Keyuon Divine Cannie, (2) Trashawn Tavaris Edward Coleman, aka "Tra," and (4) Lamar Moore, and with other unknown persons to commit certain offenses against the United States, that is: to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A); and to knowingly transfer, sell, trade, give, transport, or deliver any firearm to any person who the transferor knows or has reasonable cause to believe does not reside in the State in which the transferor resides, in violation of Title 18, United States Code, Section 922(a)(5).

2. The object of the conspiracy was to purchase firearms in the State of North Carolina, to transport the firearms to the State of New York, and to sell those firearms to other individuals in the State of New York for profit.

3. In furtherance of this conspiracy, and to affect the objects thereof, at least one of the co-conspirators committed at least one of the following overt acts, among others, in the Western District of North Carolina and elsewhere:

a. On or about July 8, 2022, (2) Coleman purchased a firearm for (1) Cannie.
b. On or about July 8, 2022, (1) Cannie and **(3) Collins** traveled from the State of North Carolina to the State of New York for the purpose of selling firearms to individuals for a profit.
c. On or about July 12, 2022, (2) Coleman purchased a firearm for (1) Cannie.
d. On or about July 21, 2022, through July 23, 2022, (1) Cannie, **(3) Collins**, and (4) Moore made plans for (4) Moore to transfer firearms to **(3) Collins**, which **(3) Collins** would then transport to the State of New York for the purpose of selling firearms to individuals for a profit.

DENA J. KING
UNITED STATES ATTORNEY

Regina Pack
Regina Hinson Pack
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

Mark Foster
Mark Foster, Attorney for Defendant

DATED: 3/14/24