**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DAQUAN COLLINS, Defendant. | ) | No. 3:23CR5-3-DCN<br>**DEFENDANT'S SENTENCING MEMORANDUM** |

NOW COMES Defendant, by and through undersigned counsel, and hereby submits the following information relevant to the sentence to be adjudged by this Honorable Court on July 9.

First, Defendant respectfully requests that the Presentence Report be amended to reflect an additional 19 days of pretrial jail credit. This is based on Defendant's arrest and incarceration in West Virginia as reflected in Paragraph 20 of the Presentence Report. Counsel has verified with the Eastern Regional Jail in Martinsburg, West Virginia, that Daquan Collins was in custody on that matter from July 23, 2022, until his release on August 11, 2022, a period of 19 days. All charges against Collins in that case were dismissed on September 5, 2023, so those 19 days were not applied to any other sentence.

Second, the Defendant's father has submitted a letter on behalf of his son, attached hereto as Exhibit A. Defendant respectfully requests this Honorable Court to consider that letter in determining a fair and reasonable sentence in this case, which Defendant submits would be at the bottom of the sentencing guideline range.

Respectfully submitted this 3rd day of July, 2025.

s/ Mark Foster
Attorney for Defendant
NC State Bar #22717
Foster Law Offices, PLLC
409 East Blvd.
Charlotte, NC 28203
980-721-5221
e-mail: markpfosterjr@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned Attorney hereby certifies that he served a copy of the foregoing upon the United States Attorney electronically through the electronic case filing system to counsel of record for the government.

July 3, 2025

s/ Mark Foster

Mark Foster
Attorney for Defendant
NC State Bar #22717
Foster Law Offices, PLLC
409 East Blvd.
Charlotte, NC 28203
980-721-5221
e-mail: markpfosterjr@gmail.com