Milard D. Corbett

1104-Wheeler Ave PH

Bronx, NY 10472

milarddcorbett@gmail.com

929-660-6971

9/12/2024

The Honorable Judge Robert J. Conrad

United States District Court for the Western District of North Carolina

Charles R. Jonas Federal Building

401 West Trade Street

Charlotte, NC 28202

Your Honor,

I am writing to you today on behalf of my son, Da-Quan Collins, who is currently appearing before you in court. As father, I wanted to take this opportunity to provide you with some insight into Da-Quan's character and background.

Da-Quan is a kind-hearted and compassionate individual who has faced his fair share of challenges in life. Moving multiple times as a child with mother. The lose of his Great Grandmother and his Grandfather, that devastated him. Despite these obstacles, he has always remained determined and resilient, never giving up on himself or his dreams. Da-Quan has a strong sense of responsibility and has always strived to do his best in everything he sets his mind to.

I believe that the circumstances that have brought Da-Quan before you do not define who he is as a person. He is a loving son, a devoted father, a loyal friend, and a hardworking individual Da-Quen is dedicated to making positive changes in his life. Da-Quan has shown remorse for his actions and is committed to making amends and moving forward in a positive direction.

I humbly ask for your consideration and leniency in Da-Quan's case. I believe that with the appropriate guidance and support, he has the potential to turn his life around and become a productive member of society. I have faith in his ability to learn from his mistakes and make better choices in the future.

Thank you for taking the time to read this letter and for considering my son, Da-Quan Collins, with an open heart and mind. I trust that you will make a fair and just decision in his case.

Sincerely,

Milard Dupreé Corbett

State of New York
County of Bronx
Sworn to before me
This 16th Day of Sep 2024

JANELLA ESPINO
Notary Public - State of New York
No. 01ES0018933
Qualified in Bronx County
My Commission Expires December 20, 2027